## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-468** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **DECEMBER 9, 2019** |
| Respondents. | ) | |

---

## EXHIBITS TO
## PETITION FOR WRIT OF HABEAS CORPUS

---

MORRIS H. MOON
Bar# 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

GEORGE G. KOUROS
Bar # 420813 (CT)
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Counsel for Petitioner Daniel Lewis Lee

Dated: September 26, 2019

## INDEX OF EXHIBITS

Exh. A:        Letter of District Court Judge G. Thomas Eisele, November 7, 2014

Exh. B:        Serological Research Institute Mitochondrial DNA Report

Exh. C:        Declaration of John F. Edens, Ph.D.

Exh. D:        Declaration of Donald N. Bersoff Ph.D., J.D.

Exh. E:        Affidavits submitted in *United States v. Haynes*

Exh. F:        Declaration of Thomas V. Ryan, Ph.D.

Exh. G:        Declaration of Laurence Komp, Esq.

Exh. H:        Declaration of David A. Ruhnke, Esq.

Exh. I:        *United States v. Daniel Lewis Lee*, Penalty Phase Verdict Form

Exh. J:        Declaration of Debra Carter

Exh. K:        Canadian County Juvenile Court Report[1]

Exh. L:        Excerpts, Oklahoma County District Court No. CF-90-5292

Exh. M:        Declaration of Jack T. Lassiter

---

[1] In compliance with the privacy policies of the Judicial Conference of the United States and Local Rule 5-11, this document has been redacted to remove sensitive information that is irrelevant or immaterial to resolution of the matter at issue. An unredacted and complete version of the document has been served upon all counsel.