# EXHIBIT B

 **SEROLOGICAL    RESEARCH    INSTITUTE**

June 8, 2007

David A. Ruhnke
Ruhnke & Barrett, Attorneys at Law
47 Park Street
Montclair, NJ 07042

SERI Case No. M'7094'06
Agency Case No. 4:97-CR-00243(02)
GTE
Suspect: Daniel Lewis Lee

## ANALYTICAL REPORT

On October 31st 2006, two items of evidence were received at the Serological Research Institute (SERI) from Glen Jordan from the Bureau of ATF, via FedEx #798031584151. Mitochondrial DNA analysis utilizing the Polymerase Chain Reaction (PCR) method was requested.

### ITEM 1   KNOWN HAIRS DANNY GRAHAM (Exh. 535)

This item consisted of a folded piece of paper containing two brown hairs (~1-2cm long) with no roots, and two white hairs (~2-3 cm long) with root sheaths. The hairs were examined microscopically. One entire white hair was sampled, washed, and extracted. The DNA extract was amplified by PCR using mitochondrial primers, and then subsequently sequenced. The results are tabulated below.

### ITEM 2   HAIR – BASEBALL CAP (Exh. 1037)

This item consisted of a slide containing one brown hair, approximately 11mm long, with no root. The entire hair was examined microscopically, sampled, washed, and extracted. The DNA extract was amplified by PCR using mitochondrial primers, and then subsequently sequenced. The results are tabulated below.

David A. Ruhnke
SERI Case No. M'7094'06
June 8, 2007
Page 2 of 4

## TABLE OF RESULTS

| Item # | Description | HVI CRS | 16291 | 16298 | 16311 | | HVII CRS | 72 | 263 | 309.1 | 315.1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | C | T | T | | | T | A | : | : | |
| 1 | Known Hair Danny Graham #535 | | T | | | | | | G | C | C | |
| B/C | Extraction Blank | | No activity | | | | | No activity | | | | |
| 2 | Hair – Baseball Cap #1037 | | | C | C | | | C | G | C | C | |
| B/C | Extraction Blank | | No activity | | | | | No activity | | | | |

Hypervariable Region 1 (HVI) includes base positions 16018-16374.          Hypervariable Region 2 (HVII) includes base positions 71-365.

Legend
CRS=CAMBRIDGE REFERENCE SEQUENCE PUBLISHED BY ANDERSON ET.AL.
: =INSERTION (NO NUCLEOTIDE PRESENT IN THIS POSITION IN THE CRS)
BLANK=NUCLEOTIDE IS THE SAME AS CRS AT THIS POSITION

A7

David A. Ruhnke
SERI Case No. M'7094'06
June 8, 2007
Page 3 of 4

## EXPLANATION

Human DNA consists of a number of genetic marker systems. Nuclear DNA is found in the nucleus of the cell, and is inherited from both the mother and father. Analysis methods utilizing nuclear DNA rely on identifying small specific sections or repetitive sections of DNA wherein there are recognizable differences between people. Alternatively, analysis of mitochondrial DNA relies on determining the specific order or sequence of the thousands of individual nucleotide bases that serve as the building blocks of a person's mitochondrial DNA. Unlike nuclear DNA, mitochondrial DNA is located in the mitochondria of the cell, and is inherited maternally. In other words, both males and females have mitochondrial DNA, but only females can pass it on to their offspring. The mitochondrial genome is passed on in its entirety; therefore every individual in the same maternal lineage should have the identical mitochondrial DNA sequence.

When an organic extraction is performed on a biological sample, all genomic DNA will be extracted, including both nuclear and mitochondrial DNA. Therefore, DNA used for mitochondrial sequencing analysis can be extracted using the same procedures as those intended for nuclear DNA.

Thousands of copies of mitochondrial DNA are present in each cell, making mitochondrial DNA analysis possible from samples which are highly degraded or have very limited quantities of DNA. Samples such as skeletal remains, teeth and hair shafts frequently yield mitochondrial DNA results when nuclear DNA analysis is not possible.

The part of the mitochondrial genome significant to forensic science is known as the Control Region, and is made up of two hypervariable regions (HVI and HV2). The forensic community generally recognizes the HV1 and HV2 regions as consisting of base positions 16024-16365 and 73-340, respectively. An adenine (A), cytosine (C), guanine (G) or thymine (T) nucleotide is designated at every position, and base designations are numbered according to the Cambridge Reference Sequence, also referred to as the Anderson Sequence. Although the entire HV1 and HV2 regions are sequenced, only differences (polymorphisms) from the Anderson Sequence are noted when reporting a sample's mitochondrial DNA type.

Because the amplification of mitochondrial DNA is so sensitive, an extraction blank control to which no DNA is added is extracted, amplified, and sequenced along with the evidence samples. As anticipated, the extraction blanks employed in this case yielded no amplified mitochondrial DNA or sequencing data.

**A8**

David A. Ruhnke
SERI Case No. M'7094'06
June 8, 2007
Page 4 of 4

## CONCLUSIONS

The mitochondrial DNA sequence data from the hair from the Baseball Cap (item 2) differs from that of the hair from Danny Graham at a number of base positions and is therefore excluded as originating from the same person or maternal lineage.

## EVIDENCE DISPOSITION

The remaining unconsumed submitted evidence will be returned to Glen Jordon at the Bureau of Alcohol, Tobacco and Firearms in Little Rock, Arkansas. Portions of submitted reference samples along with any unconsumed evidentiary extracts will be retained at SERI.

SEROLOGICAL RESEARCH INSTITUTE

Vee Garcillano
Forensic Serologist I

Brian Wraxall
Chief Forensic Serologist

SERI1\CaseFiles\M'7094'06\Rpt1

A9