# EXHIBIT J

## DECLARATION OF DEBRA CARTER

I, Debra Carter, a person over the age of eighteen (18) and competent to testify and mindful of the penalties of perjury, declare as follows:

1. My name is Debra Carter. I live in Mustang, Oklahoma. I am 43 years old.

2. I spoke on August 28, 2014 with an investigator about Daniel Lee's federal death penalty case.

3. In July 1990, I was employed as the closing shift manager at the Taco Bell restaurant in Mustang, where I worked with John David Patton.

4. Patton and I spent a lot of time together in 1990 and eventually began dating that same year.

5. Patton was fired from his position at the Taco Bell in Mustang, when I worked there, because he was mean to customers. Patton would still come by the restaurant that summer though because he and I were dating.

6. Patton was unstable and he knew it. He had a very explosive temper and experienced violent mood swings. He could go from being happy to being full of rage at the drop of a hat.

7. Patton started fights with people frequently. He was very controlling and possessive of me. He fought other men if they so much as looked at me.

8. Patton always carried a knife and used it at the first opportunity. I know Patton stabbed several people and specifically recall one incident where he started a fight with a man named Chris Merrill. He started to lose that fight and as a result stabbed Merrill in the stomach. I believe Mustang police came to the Taco Bell to arrest Patton after that stabbing incident.

9. Patton once told me that he was bound to spend the rest of his life in prison but that he just did not know for what or when this would happen.

10. Danny Lee, who I know as Danny Graham, hung out frequently during the summer of 1990 with Patton and me. Danny was younger than Patton and looked up to him and followed him around like a puppy dog. It was clear to me that Danny idolized Patton.

11. In late July 1990, I was on a family vacation in Austin, Texas when I got a call from a colleague at Taco Bell informing me that Patton had been arrested for murder.

12. When I returned to Mustang after learning about Patton's arrest for murder, I went to see Danny Lee and also spoke with Brian Compton. Compton worked with me at Taco Bell as well. Danny and Compton both independently told me on separate occasions what happened to Joey Wavra.

13. I was told that Wavra urinated on the couch at Larry Dawson's house and that Patton got so mad about it that he took Wavra outside and beat the hell out of him; Patton then got nervous and took Wavra down into the sewer and stabbed him to death because he was scared Wavra would be able to identify everyone that was at Larry's house that night. I believed what I heard because Patton's response was consistent with how I had seen Patton behave when we were dating.

14. Patton was a big guy, at 6'2", and I doubt he needed any help taking Wavra down into the sewer.

15. I went to visit Patton at the county jail while he was awaiting trial and he told me we could not talk about the case because our conversations were being recorded. Patton told me to forget about him and move on.

16. I was in the courtroom for Patton's preliminary hearing on his murder charges in September 1990. I was there when Danny took the stand at that hearing and incriminated himself. It was shocking to see Danny, this seventeen year old kid, who had no idea what he was doing, talking himself up like that on the stand for no reason other than to pretend to be a man and try to take some heat off of Patton. It was terrible to see Danny talk himself into trouble in the courtroom that day.

17. No previous attorney for Danny Lee ever contacted me. If anyone from his legal team had contacted me previously, including back when he was prosecuted for this case and went to trial and at any time after that, I would have provided the same information I am providing now.

I declare, under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the forgoing declaration is true and correct to the best of my knowledge.

Signed this 7ᵗʰ day of Oct, 2014.

*Debra Carter*

Debra Carter