# EXHIBIT K

REPORT TO THE COURT

Name of Child:  C█████  "Danny" G█████       Court Date:  05-03-90
DOB:  ████73                                  ADJ:  Del./INT
Court N.:  JF 89-73           **FILED**       Counselor:  Teddi Goodwin
DHS #:  CR 180247                                          Canadain Co.

MAY - 4 1990

COURT INVOLVEMENT:

CLYDE GENE MILLER
COURT/CLERK, Canadian County
BY _____ Deputy

[content redacted]

Danny's progress has been minimal.  He does well and then regresses.  He is diliberately sabotaging his treatment by claiming to have participated in very violent activities during leaves.  This far these "confessions" have been proven to be bogus, but the very nature of the offenses is disturbing.  In this counselor's opinion, Danny is far from being ready to come back home.  ████████████████████  He has not been working on his treatment program.

RECOMMENDATION:

1-  Continued DHS custody
2-  Continue placement of COJTC.
3-  6 month Review.

Teddi Twyford Goodwin, SW II, CRCS

Terry Smith, SSS I, CRCS
Canadian County