**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-00468-JPH-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **DECEMBER 9, 2019** |
| Respondents. | ) | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Daniel Lewis Lee respectfully moves this Court for leave to file his Petition for Writ of Habeas Corpus, filed this day, without prepayment of fees and to proceed *in forma pauperis*. In support of this motion, Petitioner states as follows:

1. Petitioner is an indigent death-sentenced prisoner at USP-Terre Haute. His BOP Register Number is 21303-009. He is scheduled to be executed on December 9, 2019.

2. Petitioner was previously granted leave to proceed *in forma pauperis* in the United States District Court for the Eastern District of Arkansas, the Eighth Circuit Court of Appeals, and the United States Supreme Court. The undersigned, who are Assistant Federal Public Defenders with the Federal Capital Habeas Project, were appointed to represent the Petitioner in the Eastern District of Arkansas in 2014 pursuant to 18 U.S.C. § 3599(a)(2), and that appointment was continued on appeal and in all subsequent proceedings. Copies of the orders of appointment are appended to this motion. *See* Exhibit A ("Federal Capital Habeas Project Orders of Appointment").

3.      Petitioner has remained indigent since being incarcerated and is unable to pay the costs and fees associated with the litigation of this Petition for Writ of Habeas Corpus. Petitioner's trust account statement from USP-Terre Haute is attached to this motion. *See* Exhibit B ("Lee Inmate Trust Account Statement, USP-Terre Haute").

4.      A proposed order is attached to this motion.


WHEREFORE, the Petitioner respectfully requests leave to file his Petition for Writ of Habeas Corpus without prepayment of fees and *in forma pauperis*.


Dated:                                             Respectfully submitted,


/s/ Morris H. Moon                          /s/ George G. Kouros
Morris H. Moon                               George G. Kouros
Assistant Federal Public Defender     Assistant Federal Public Defender
Federal Capital Habeas Project          Federal Capital Habeas Project
6411 Ivy Lane, Suite 710                  6411 Ivy Lane, Suite 710
Greenbelt, MD 20770                       Greenbelt, MD 20770
(713) 880-3556                               (301) 821-0855 (phone)
(301) 344-0019 (fax)                        (301) 344-0019 (fax)
Morris_Moon@fd.org                       George_Kouros@fd.org

2

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2019, the foregoing *Motion to Proceed In Forma Pauperis* was filed electronically with the Clerk of the Court via CM/ECF, and further certify that service was made via Federal Express on the following:

Michael Gordon
Assistant United States Attorney
U.S. Attorney's Office
425 West Capitol, Suite 500
Little Rock, AR 72201

Warden, USP-Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

/s/ George G. Kouros
George G. Kouros
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855 (phone)
(301) 344-0019 (fax)
George_Kouros@fd.org

*Counsel for Petitioner Daniel Lee*

3