# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                      No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                      DEFENDANT

## ORDER

The motion for appointment of co-counsel is GRANTED.  Document #1253.  It is hereby

ordered that Morris H. Moon, an Assistant Federal Defender with the Federal Capital Habeas

Project, is appointed as co-counsel pursuant to 18 U.S.C. § 3599(a)(2) to assist with defendant's

post-conviction representation.

IT IS SO ORDERED this 5th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2853

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

IT IS ORDERED that the Federal Public Defender from the Federal Capital Habeas Project in Houston, Texas is hereby appointed to represent (or to continue to represent) the above named appellant in all matters pertaining to this action before this Court.

August 07, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

_____

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Federal Capital Habeas Project

is hereby appointed to represent (or to continue to represent) the above named appellant in all

matters pertaining to this action before this Court.

July 08, 2019

Order Entered under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans