# EXHIBIT B

## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 21303009 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | LEE, DANIEL | **Housing Unit:** | THP-X-A |
| **Report Date:** | 09/19/2019 | **Living Quarters:** | X01-308L |
| **Report Time:** | 11:16:07 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

Administrative Hold Indicator: No

No Power of Attorney: No

Never Waive NSF Fee: No

Max Allowed Deduction %: 100

PIN:

PAC #:

Revalidation Date: 10th

FRP Participation Status: No Obligation

Arrived From: THA

Transferred To:

Account Creation Date: 5/17/2002

Local Account Activation Date: 7/1/1991

Sort Codes:

Last Account Update: 9/16/2019 6:05:23 PM

Account Status: Active

Phone Balance: $4.09

**Pre-Release Plan Information**

Target Pre-Release Account Balance: $0.00

Pre-Release Deduction %: 0%

Income Categories to Deduct From: ☐ Payroll   ☐ Outside Source Funds

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

Account Balance: $152.70

Pre-Release Balance: $0.00

Debt Encumbrance: $0.00

SPO Encumbrance: $0.00

Other Encumbrances: $0.00

Outstanding Negotiable Instruments: $0.00

Page 2 of 3

Administrative Hold Balance: $0.00

Available Balance: $152.70

National 6 Months Deposits: $3,846.00

National 6 Months Withdrawals: $3,968.25

Available Funds to be considered for IFRP Payments: $3,396.00

National 6 Months Avg Daily Balance: $348.13

Local Max. Balance - Prev. 30 Days: $463.45

Average Balance - Prev. 30 Days: $300.81

## Commissary History

### Purchases

Validation Period Purchases: $351.05

YTD Purchases: $3,282.50

Last Sales Date: 9/10/2019 1:14:26 PM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $270.02

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: No

Spending Limit: $360.00

Expended Spending Limit: $351.05

Remaining Spending Limit: $8.95

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

**Comments:**

DHO #2360128 90 DAYS ON 3-14-13
UDC 90 DAYS ON 3-19-14