**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-00468-JPH-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This cause has come before the Court upon the motion of Petitioner Daniel Lewis Lee for leave to proceed without prepayment of fees and *in forma pauperis*. Upon good cause shown, it is now ORDERED that the motion is hereby GRANTED.

Dated: _____          _____

Hon. James Patrick Hanlon
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF