**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-00468-JPH-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | **EXECUTION SCHEDULED FOR** |
| | ) | **DECEMBER 9, 2019** |
| Respondents. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), George G. Kouros respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Daniel Lewis Lee in the above-styled cause only. In support of this motion, the undersigned states:

1.      I am an Assistant Federal Public Defender for the District of Maryland.

2.      I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): United States District Court, District of Connecticut (2002); United States Court of Appeals, Second Circuit (2003); Connecticut Supreme Court (2003).

3.      I have also been permitted to appear in the United States District Court for the Eastern District of Arkansas and the Eighth Circuit Court of Appeals to represent Mr. Daniel Lewis Lee in pending proceedings in those courts.

4.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a

reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the Court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

6.      The filing fee has been waived.

7.      A proposed order is attached to this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  September 26, 2019              Respectfully submitted,

George G. Kouros
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855 (phone)
(301) 344-0019 (fax)
George_Kouros@fd.org

2

## CERTIFICATE OF SERVICE

I certify that on September 26, 2019, the foregoing *Motion to Appear Pro Hac Vice* was filed electronically with the Clerk of the Court via CM/ECF, and further certify that service was made via Federal Express on the following:


Michael Gordon
Assistant United States Attorney
U.S. Attorney's Office
425 West Capitol, Suite 500
Little Rock, AR 72201

Warden, USP-Terre Haute
U.S. Penitentiary
4700 Bureau Road South
Terre Haute, IN 47802

George G. Kouros
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855 (phone)
(301) 344-0019 (fax)
George_Kouros@fd.org

*Counsel for Petitioner Daniel Lee*

3