**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-00468-JPH-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of George G. Kouros, counsel for

Daniel Lewis Lee, for leave to appear and participate *pro hac vice* in the above-captioned cause

only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

George G. Kouros
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855 (phone)
(301) 344-0019 (fax)
George_Kouros@fd.org

Dated: _____          _____

Hon. James Patrick Hanlon
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF