AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATS DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

DANIEL LEWIS LEE )
*Plaintiff* )
v. ) Case No.   2:19-cv-00468-JPH-DLP
WARDEN USP-TERRE HAUTE, UNITED STATES OF AMERICA )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DANIEL LEWIS LEE                                                                                      .

Date:    9/26/19

_____
*Attorney's signature*

George G. Kouros, 420813 (CT)
*Printed name and bar number*

6411 Ivy Lane, Suite 710, Greenbelt, MD 20770
*Address*

George_Kouros@fd.org
*E-mail address*

(301) 821-0855
*Telephone number*

(301) 344-0019
*FAX number*