**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|                                             |     |                                        |
| ------------------------------------------- | --- | -------------------------------------- |
|                                             | )   |                                        |
| **DANIEL LEWIS LEE,**                       | )   |                                        |
|                                             | )   |                                        |
| Petitioner                                  | )   |                                        |
|                                             | )   |                                        |
| vs.                                         | )   | **Case No. 2:19-cv-00468-JPH-DLP**     |
|                                             | )   |                                        |
| **WARDEN, USP-TERRE HAUTE,**                | )   | **CAPITAL CASE**                       |
| **UNITED STATES OF AMERICA,**               | )   |                                        |
|                                             | )   |                                        |
| Respondents.                                | )   |                                        |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Morris H. Moon, counsel for

Daniel Lewis Lee, for leave to appear and participate *pro hac vice* in the above-captioned cause

only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Morris H. Moon
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556 (phone)
(301) 344-0019 (fax)
Morris_Moon@fd.org

Dated: _____          _____

Hon. James Patrick Hanlon
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF