UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00468-JPH-DLP |
| | ) | |
| WARDEN USP TERRE HAUTE, et al. | ) | |
| | ) | |
| Respondents. | ) | |

### Order to Show Cause

Petitioner Daniel Lewis Lee filed this habeas action pursuant to 28 U.S.C. § 2241.  This action will proceed as follows.

Respondents have already been notified of the filing of the instant habeas petition.  They shall have **through October 11, 2019**, in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by Mr. Lee should not be granted.  Mr. Lee shall have **through October 25, 2019**, in which to reply.  The Court does not anticipate extending these deadlines absent extraordinary circumstances.

The parties' response and reply briefs must address both the question of whether Mr. Lee can proceed under § 2241 and the merits of his claims.

Mr. Lee's motion for leave to proceed *in forma pauperis*, dkt. [2], is **granted**.

**SO ORDERED.**

Date: 9/27/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org