UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00468-JPH-DLP |
| | ) | |
| WARDEN  USP TERRE HAUTE, | ) | |
| UNITED  STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

This matter has come before the Court on motion of George G. Kouros of

Federal Capital Habeas Project, seeking an order granting leave to appear *pro hac*

*vice* for the purpose of appearing as counsel on behalf of the Plaintiff, Daniel Lewis

Lee, in the above-styled cause only (Dkt. 3). Being fully advised, the Motion is

hereby **GRANTED**.

Applicant's contact information should be entered as follows:

George G. Kouros
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855 (phone)
(301) 344-0019 (fax)
George_Kouros@fd.org

Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.

So ORDERED.

Date: 10/1/2019

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

George G. Kouros
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770