AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Daniel Lewis Lee | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:19-CV-468 |
| Warden, USP-Terre Haute, United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Warden, USP-Terre Haute, United States of America                                               .


Date:      10/08/2019                                        /s/John M. Pellettieri
                                                              *Attorney's signature*


                                                              John M. Pellettieri
                                                            *Printed name and bar number*
                                                         U.S. Department of Justice
                                                      Appellate Section, Criminal Division
                                                    950 Pennsylvania Ave., N.W., Rm. 1260
                                                           Washington, D.C. 20530

                                                                    *Address*


                                                         john.pellettieri@usdoj.gov
                                                              *E-mail address*


                                                              (202) 307-3766
                                                            *Telephone number*


                                                              (202) 305-2121
                                                                *FAX number*