AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana ▼

| | | |
|---|---|---|
| Daniel Lewis Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Warden USP-Terre Haute, United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Lewis Lee

Date: 10/9/19

_____

*Attorney's signature*

Morris H. Moon 24032750 TX
*Printed name and bar number*

6411 Ivy Lane, Suite 710
Greenbelt, MD 20770

*Address*

Morris_Moon@fd.org
*E-mail address*

(713) 880-3556
*Telephone number*

(301) 344-0019
*FAX number*