UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00468-JPH-DLP |
| | ) | |
| WARDEN USP TERRE HAUTE, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Granting in Part Respondents' Motion for an Extension of Time**

Before the Court is Respondents' motion for an extension of time, which requests a twenty-eight-day extension of the deadline to respond to Petitioner Daniel Lewis Lee's habeas petition.

By way of background, Mr. Lee was convicted on May 4, 1999. *See United States v. Kehoe et al.*, 4:97-cr-00243-KGB, Dkt. 810 (E.D. Ark. May 4, 1999). A judgment sentencing Mr. Lee to death was entered on May 13, 2002. *See id.*, Dkt. 996. On July 25, 2019, Mr. Lee was notified that his execution was scheduled for December 9, 2019.

Mr. Lee filed the instant habeas petition on September 26, 2019. The Court ordered Respondents to respond to the habeas petition by October 11, 2019. Respondents' motion, dkt. [10], is **granted in part** to the extent that they are given a 14-day extension. Respondents have **through October 25, 2019**, to file their response. Mr. Lee has **through November 8, 2019**, to file his reply.

**SO ORDERED.**

Date: 10/10/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov