**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA TERRE**
**HAUTE DIVISION**

**DANIEL LEWIS LEE,**
           **Petitioner,**

**vs.**                                   **Case No. 2:19-cv-00468-JPH-DLP**

                                       **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**     **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**     **DECEMBER 9, 2019**
           **Respondents.**

## MOTION FOR ORAL ARGUMENT

Petitioner, Daniel Lee, by counsel, pursuant to Local Rule 7-5, Local Rules for the U.S. District Court for the Southern District of Indiana, respectfully requests that this Court schedule oral argument on his Petition for Writ of Habeas Corpus. In support of this request, counsel state as follows:

1.  Mr. Lee is scheduled to be executed by the federal government on December 9, 2019.

2.  Mr. Lee has filed a Petition for Writ of Habeas Corpus in this Court presenting compelling allegations that his death sentence is unconstitutional. The Petition involves complex and novel legal issues of capital habeas corpus jurisprudence, as well as highly fact-intensive claims that arise out of a federal capital trial that was prosecuted in the Eastern District of Arkansas.

3.  Given the complex legal and factual issues presented as well as the gravity of the claims, Mr. Lee respectfully requests oral argument so that both parties may be fully heard regarding these issues, the relevant points may be thoroughly discussed, and the Court may make any inquiries of the parties before ruling on the pending pleadings.

4.  Mr. Lee estimates that oral argument in this matter would take approximately one hour  (thirty minutes per side).

5.  This request for oral argument has been filed simultaneously with Mr. Lee's Reply to the Government's Response in Opposition to the Petition for Writ of Habeas Corpus.

## CONCLUSION

WHEREFORE, Daniel Lee respectfully requests that this Honorable Court grant the foregoing Motion and set the Petition for Writ of Habeas Corpus for oral argument and for all other just and proper relief.

Respectfully submitted,

\s\ Morris H. Moon  
Morris H. Moon  
Assistant Federal Public Defender  
Federal Capital Habeas Project  
6411 Ivy Lane, Suite 710  
Greenbelt, MD 20770  
(713) 880-3556  
Morris_Moon@fd.org

\s\ George G. Kouros  
George G. Kouros  
Assistant Federal Public Defender  
Federal Capital Habeas Project  
6411 Ivy Lane, Suite 710  
Greenbelt, MD 20770  
(301) 821-0855  
George_Kouros@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on November 8, 2019. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

/s/Morris H. Moon
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

Counsel for Daniel Lewis Lee

3