**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**


**DANIEL LEWIS LEE,**
                    **Petitioner,**

**vs.**                                                              **Case No. 2:19-cv-00468-JPH-DLP**

                                                                    **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**               **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**              **DECEMBER 9, 2019**
                    **Respondents.**


**ORDER GRANTING PETITIONER'S MOTION FOR ORAL ARGUMENT**

This matter is before the Court on Petitioner's Motion for Oral Argument on the Petition

for Writ of Habeas Corpus pursuant to S.D. Ind. L. R. 7.5(a). The Court having considered the

Petitioner's Motion, and being duly advised, hereby determines that said Motion is meritorious

and sets the Petitioner's Petition for Writ of Habeas Corpus for a one-hour oral argument on the

_____ day of _____, 2019 at _____ a.m./p.m.


**SO ORDERED.**

Date: _____


                                                    _____
                                                    James Patrick Hanlon
                                                    United States District Judge
                                                    Southern District of Indiana


1

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov