# EXHIBIT A

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date: 09/14/1998

To: Oklahoma City            Attn:   SSA [_____]          b6
                                                                      b7C

From: Little Rock
      Squad 2
      Contact: SA [_____]                 b6
                                                                      b7C

Approved By: [_____]

Drafted By: [_____]

Case ID #: 183C-LR-38261   (Pending)

Title: [_____]                              b6
       ET AL;                                                         b7C
       RICO - TERRORISM

## ARMED AND DANGEROUS

**Synopsis:** To advise of travel of Little Rock SA [_____]        b6
[_____] to Oklahoma City, Oklahoma 09/17-18/1998, and      b7C
Granite, Oklahoma week of 09/21/1998.

**Administrative:** Reference telcall between SSA [_____]
Oklahoma City, and SA [_____] 09/14/1998.

**Details:** Little Rock SA [_____] will travel to         b6
Oklahoma City, Oklahoma 09/17-18/1998, and Granite, Oklahoma          b7C
during the week of 09/21/1998, in support of captioned matter.
Little Rock is involved in pre-trial preparation and
investigation relative to the activities of [_____] and his
creation of an anti-Government, white supremacist group called
the Aryan People's Republic (APR).  Trial has been scheduled for
02/16/1999.

        Subject Daniel Lee, aka Daniel Graham, an associate of
[_____] participated in a 1990 murder along with [_____]  b6
[_____] white male, DOB [_____] [_____]          b7C
[_____] confessed to solely committing the murder and was
sentenced to life imprisonment. [_____]
[_____] Granite, Oklahoma,
[_____]

        Little Rock is in possession of an Oklahoma City Police
Department report concerning the investigation into the incident.
Contacts made with investigators and [_____]      b6
telephone [_____] determined other files and records       b7C
pertaining to the incident are being maintained at the

UPLOADED
W/TEXT ✓   W/O TEXT ____     AGENT COPY SENT
LEADS SET _____
BY [____] DATE 9/15/9??

                                                                9/14/98

2 [_____]   257JES01.EC          1836-UL-38261- 213          b6
                                                                b7C

To: Oklahoma City  From: Little Rock
Re: 183C-LR-38261, 09/14/1998

prosecutor's office and at the Oklahoma Department of Human Services, Juvenile Bureau, in Oklahoma City.

Travel is necessary to review and obtain all records relative to the 1990 murder in order to determine Lee's level of participation. Little Rock anticipates travel to Granite for interview [          ] and may determine other interviews of witnesses are warranted at a later date.

b6
b7C

Acting SAC [                    ] Little Rock, concurs with the planned travel.

**ARMED AND DANGEROUS**

♦♦

2