# EXHIBIT B

FD-302 (Rev. 10-6-95)

-1-

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription ___10/19/98___

   On October 15, 1998, a review was conducted of the prosecution file relative to the murder of JOSEPH JOHN WAVRA at the offices of the Oklahoma County District Attorney, 320 Robert S. Kerr Avenue, Oklahoma City, Oklahoma, telephone (405) 278-1600. The circumstances surrounding the murder, which occurred on July 24, 1990, involved JOHN DAVID PATTON and DANIEL GRAHAM (LEE).

   Attached and made a part hereto are documents relative to JOHN DAVID PATTON: an educational and psychological history, guilty plea summary of facts, and an affidavit of JOHNNIE EDWARD ROMO. It should be noted that ROMO had been incarcerated with PATTON and had provided assistance in the filing of appeals.

Investigation on ___10/15/98___ at ___Oklahoma City, Oklahoma___

File # ___183C-LR-38261-288___    Date dictated ___10/19/98___

by ___SA JAMES E. SCHANANDORE:jes___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;