# EXHIBIT C

3-7-91: Investigation of case and ☐ background over last month has revealed justification to allow negotiated plea of Life w/o parole. Δ has lengthy mental history, being prescribed Haldol at time of crime. ☐ only criminal contact in Canadian County is clearly a self Defense situation (by review of police reports and lengthy discussions w/ ☐ of the Mustang P.D.) Juvenile Co-Δ Graham was ultimately pled to a 5yr D/S on Robbery by Force by previous prosecutor ☐ This was not in exchange for testimony or any other stated reason ☐ and Victim were highly intoxicated on LSD and alcohol. They became inebriated at a party they were jointly attending. ☐ ... of OCPD all agree that LIFE w/o parole is appropriate ☐ ... ☐

agree with disposition and decision not to file a bill of particulars. Likewise, it is my assessment that justice in this case is best served by institutionalizing ☐ for life w/o parole possibility. ☐

b6
b7C

3-7-91 ☐ w/ atty. ☐ b/f Judge James Gullett enters neg. plea of guilty to Murder I. No bill filed. Sentenced to Life w/o ~~parole~~ possibility of parole. Costs @ $142, VCA @ $30. No payment date set since ☐ will never reach release. Victim's family present. ☐ is prime representative & V's ☐ I have spent some time counseling with her about the case. She agrees w/ sentence ☐

b6
b7C