**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**


**DANIEL LEWIS LEE,**
           **Petitioner,**

**vs.**                                    **Case No. 2:19-cv-00468-JPH-DLP**

                                            **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**      **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**     **DECEMBER 9, 2019**
           **Respondents.**


**ORDER GRANTING PETITIONER'S**
**MOTION FOR LEAVE TO CONDUCT DISCOVERY**

This matter is before the Court on Petitioner's Motion for Leave to Conduct Discovery, pursuant to the Fourth, Fifth, Sixth, and Eighth Amendments, and Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), applicable to cases under 28 U.S.C. § 2241 by Rule 1(b) of the Habeas Rules. The Court having considered the Petitioner's Motion hereby determines that there is good cause for the requested discovery. Accordingly, Petitioner is granted leave to conduct discovery under Rules 30 & 34 of the Federal Rules of Civil Procedure.

Petitioner is authorized to issue subpoenas *duces tecum* to the Oklahoma City Police Department; Oklahoma County District Attorney; Department of Justice; United States Attorney's Office for the Eastern District of Arkansas; Federal Bureau of Investigation (FBI); and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) for records related to the murder of Joseph Wavra as requested in Petitioner's discovery motion.

Petitioner is also authorized to take oral depositions of witnesses as requested in Petitioner's discovery motion, including:

1

1. Detectives Randall Yarbrough and Ron Mitchell of the Oklahoma City Police Department

2. Trial prosecutors (USAO and DOJ)

3. FBI and ATF case agents involved in investigation and review of the Wavra murder

4. Government trial expert Dr. Thomas V. Ryan.

These depositions should be limited to the topics requested in Petitioner's motion.

**SO ORDERED.**

Date: _____

_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov