**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| **DANIEL LEWIS LEE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Case No. 2:19-cv-00468-JPH-DLP** |
| | ) | |
| **WARDEN, USP-TERRE HAUTE,** | ) | **CAPITAL CASE** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondents. | ) | |

---

**PETITIONER'S NOTICE WITHDRAWING MOTION FOR STAY OF EXECUTION**

---

Petitioner Daniel Lee files this Notice withdrawing his Motion for Stay of Execution. Doc. 17. Mr. Lee is part of pending litigation in the District Court for the District of Columbia challenging the Government's lethal injection protocol. *Roane et al v. Barr*, No. 19-mc-145 (TSC) (D.D.C.). This evening the District of Columbia court granted a preliminary injunction in his case. *Id.* at Doc. 50 (D.D.C. Nov. 20, 2019). Because Mr. Lee's execution has now been enjoined, he files this notice withdrawing his motion for a stay of execution in this case.

Mr. Lee's other pleadings – his Petition for Writ of Habeas Corpus, Motion for Leave to Conduct Discovery, and Motion for Oral Argument – remain pending before this Court.

Respectfully submitted,

\s\ Morris H. Moon                          \s\ George G. Kouros
Morris H. Moon                             George G. Kouros
Assistant Federal Public Defender          Assistant Federal Public Defender
Federal Capital Habeas Project             Federal Capital Habeas Project
6411 Ivy Lane, Suite 710                   6411 Ivy Lane, Suite 710
Greenbelt, MD 20770                        Greenbelt, MD 20770
(713) 880-3556                             (301) 821-0855
Morris_Moon@fd.org                         George_Kouros@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on November 20, 2019. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

/s/Morris H. Moon
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

Counsel for Daniel Lewis Lee

5