IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:19-CV-00468-JPH-DLP |
| | ) | (Capital Case) |
| WARDEN USP TERRE HAUTE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Michael Gordon, Special Assistant United States Attorney, moves for an extension of time of twenty (20) days, to and including December 16, 2019, to respond to the Petitioner's Motion for Leave to Conduct Discovery and Incorporated Memorandum. (Dkt. 18).

In support of the motion, the Respondent advises as follows:

1. On November 12, 2019, Petitioner Daniel Lewis Lee filed a Motion for Leave to Conduct Discovery and Incorporated Memorandum. (Dkt. 18.) Pursuant to Local Rule 7-1(c)(3)(A), the response to Lee's motion is due November 26, 2019. *See* L.R. 7-1(c)(3) ("Any response is due within 14 days after service of the motion.")

2. Respondent has been diligently researching and preparing a response to Petitioner's motion for discovery. However, because of

Respondent's other work obligations, that response is not yet complete. In order to prepare, review, and finalize the response, an extension of twenty (20) days is respectfully requested.

3.    Undersigned counsel is scheduled for annual leave November 26-29, 2019, and will then be at a conference and in grand jury December 2-5.

4.    Also relevant to this extension request, on November 20, 2019, in Case Number 19-mc-145 (TSC), the United States District Court for the District of Columbia issued a preliminary injunction enjoining Petitioner's execution until further order of the court.

5.    No prior extensions of time have been requested by the Respondent.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including December 16, 2019, to respond to Lee's motion for discovery and supporting memorandum.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    s/ Michael Gordon
       Michael Gordon
       Special Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I certify that on November 22, 2019, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

s/ Michael Gordon
Michael Gordon
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Arkansas
425 W. Capitol Ave., Suite 500
Little Rock, AR 72201
(501) 340-2652 (office)
(501) 650-3098 (cell)
