IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:19-CV-00468-JPH-DLP |
| v. | ) | (Capital Case) |
| | ) | |
| WARDEN USP TERRE HAUTE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter is before the Court on the Respondent's motion for a twenty (20) day extension of time to respond to the Petitioner's Motion for Leave to Conduct Discovery and Incorporated Memorandum, (Dkt. 18).

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including December 16, 2019, to file his response to the Petitioner's Motion for Discovery.

So ORDERED this date: _____.

_____
Hon. James P. Hanlon, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.