UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                          )
                                           )
                    Petitioner,            )
                                           )
          v.                               )     No. 2:19-cv-00468-JPH-DLP
                                           )
WARDEN USP TERRE HAUTE, et al.             )
                                           )
                    Respondents.           )

### Order Granting Motion for Extension of Time

The Respondents' motion for an extension of time to reply to the Petitioner's motion for discovery, dkt. [23], is **granted** to the extent that the Respondents have until **noon on December 2, 2019**, to reply.

**SO ORDERED.**

Date: 11/25/2019

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michael Scott Gordon
US Attorney's Office - Eastern District of Arkansas
michael.gordon@usdoj.gov

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov