UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DANIEL LEWIS LEE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:19-cv-00468-JPH-DLP |
| WARDEN USP TERRE HAUTE, et al. | ) ) ) | |
| Respondents. | ) | |

## ORDER STAYING THE EXECUTION OF DANIEL LEWIS LEE

Petitioner Daniel Lewis Lee has demonstrated that he is entitled to a stay of his execution. It is therefore **ordered** that Respondents United States of America and Warden of the United States Penitentiary in Terre Haute, Indiana (and his successors) are enjoined from executing Daniel Lewis Lee until further order of this Court.

**SO ORDERED.**

Date: 12/5/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michael Scott Gordon
US Attorney's Office - Eastern District of Arkansas
michael.gordon@usdoj.gov

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov