UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                          )
                                           )
                  Petitioner,              )   **CAPITAL CASE**
                                           )
       v.                                  )   Cause No.  2:19-cv-00468-JPH-DLP
                                           )
WARDEN USP TERRE HAUTE, *et al.*,          )
                                           )
                  Respondents.             )

NOTICE OF APPEAL

Notice is hereby given that the Respondent in the above-named case hereby appeals pursuant to 28 U.S.C. §1292(a)(1) to the United States Court of Appeals for the Seventh Circuit from an order entered by this Court on December 5, 2019, sua sponte staying Petitioner's execution. Dkt. 27 and 28.

                              Respectfully submitted,

JOSH J. MINKLER                    BRIAN A. BENCZKOWSKI
United States Attorney             Assistant Attorney General
Southern District of Indiana

                                   MATTHEW S. MINER
MICHAEL GORDON                     Deputy Assistant Attorney General
Assistant United States Attorney
Eastern District of Arkansas       /s/John M. Pellettieri
                                   JOHN M. PELLETTIERI
                                   Attorney, Appellate Section
                                   Criminal Division
                                   U.S. Department of Justice
                                   950 Pennsylvania Ave., N.W., Rm. 1260
                                   Washington, D.C. 20530
                                   (202) 307-3766
                                   john.pellettieri@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 5, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1260
Washington, D.C. 20530
(202) 307-3766