UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                              )
                                               )
                        Petitioner,            )
                                               )
            v.                                 )      No. 2:19-cv-00468-JPH-DLP
                                               )
WARDEN USP TERRE HAUTE, et al.                 )
                                               )
                        Respondents.           )

**FINAL JUDGMENT**

The Court now enters final judgment.   Petitioner's petition for writ of

habeas corpus is denied and the action is dismissed with prejudice.

Date: 3/20/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Laura Briggs, Clerk of Court

By: *Pam Pope*
        Deputy Clerk

Distribution:

Michael Scott Gordon
US Attorney's Office - Eastern District of Arkansas
michael.gordon@usdoj.gov

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov