UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                       )
                                        )
            Petitioner,                 )
                                        )
      v.                                )   No.  2:19-cv-00468-JPH-DLP
                                        )
WARDEN USP TERRE HAUTE,                 )
UNITED STATES OF AMERICA,               )
                                        )
            Respondents.                )

**ORDER**

The Court, having reviewed the Motion to Extend Time to File

Response, hereby GRANTS the motion and extends the respondents' deadline

to file their response to petitioner's motion to alter or amend judgment by 14

days, making such motion and response due on or before May 15, 2020.

IT IS SO ORDERED this ____ day of _____, 2020.

_____
JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via
email generated by the court's ECF system.

1