UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DANIEL LEWIS LEE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:19-cv-00468-JPH-DLP |
| | ) |
| WARDEN USP TERRE HAUTE, | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

The Court, having reviewed the Motion to Extend Time to File Response, hereby GRANTS the motion and extends the respondents' deadline to file their response to petitioner's motion to alter or amend judgment by 14 days, making such motion and response due on or before May 15, 2020.

**SO ORDERED.**

Date: 5/1/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.