UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

DANIEL LEWIS LEE,                          )
                                           )
            Petitioner,                    )
                                           )
      v.                                   )   No.  2:19-cv-00468-JPH-DLP
                                           )
WARDEN USP TERRE HAUTE,                     )
UNITED STATES OF AMERICA,                   )
                                           )
            Respondents.                   )

## GOVERNMENT'S NOTICE REGARDING EXECUTION DATE

The United States hereby notifies the Court that the Director of the

Federal Bureau of Prisons, upon the direction of the Attorney General, has

scheduled the execution of Daniel Lewis Lee, in accordance with 28 C.F.R.

Part 26, to take place on July 13, 2020.

                              Respectfully submitted.

                              s/John M. Pellettieri
                              JOHN M. PELLETTIERI
                              Attorney, U.S. Department of Justice
                              Criminal Division, Appellate Section
                              950 Pennsylvania Ave., N.W., Rm. 1258
                              Washington, D.C. 20530
                              (202) 307-3766
                              john.pellettieri@usdoj.gov

Dated: June 15, 2020

1

## CERTIFICATE OF SERVICE

I certify that on June 15, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

<u>s/John M. Pellettieri</u>
JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1258
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov