# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

**DANIEL LEWIS LEE,**
        **Petitioner,**

**vs.**
                                     **Case No. 2:19-cv-00468-JPH-DLP**

                                     **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**        **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**      **JULY 13, 2020 at 8:00 a.m. EST**
        **Respondents.**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Petitioner, Daniel Lewis Lee, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order of the District Court, Hon. James Patrick Hanlon, United States District Judge, denying Petitioner's *Petition for Writ of Habeas Corpus* and *Motion for Leave to Conduct Discovery*, and judgment thereon, entered on March 20, 2020. (Dkts. 35 & 36); and the Order denying Petitioner's *Motion to Alter or Amend Pursuant to Federal Rule of Civil Procedure 59(e)*, entered on June 26, 2020. (Dkt. 45).

                                    Respectfully submitted,

\s\ Morris H. Moon               \s\ George G. Kouros
Morris H. Moon                   George G. Kouros
Assistant Federal Public Defender     Assistant Federal Public Defender
Federal Capital Habeas Project         Federal Capital Habeas Project
6411 Ivy Lane, Suite 710              6411 Ivy Lane, Suite 710
Greenbelt, MD 20770                 Greenbelt, MD 20770
(713) 880-3556                     (301) 821-0855
Morris_Moon@fd.org              George_Kouros@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on June 26, 2020. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

<u>/s/Morris H. Moon</u>
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

Counsel for Daniel Lewis Lee