**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

**DANIEL LEWIS LEE,**
         **Petitioner,**

**vs.**                             **Case No. 2:19-cv-00468-JPH-DLP**

                                      **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**     **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**    **JULY 13, 2020 at 8:00 a.m. EST**
                **Respondents.**

**DOCKETING STATEMENT**

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of

Appeals for the Seventh Circuit, Petitioner-Appellant Daniel Lee hereby submits his Docketing

Statement:

(1)      The jurisdiction of the United States District Court for the Southern District of Indiana in the above-captioned matter is based upon 28 U.S.C. § 2241.

(2)      The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this matter pursuant to 28 U.S.C. § 2253(a), in that this is an appeal from a final judgment and order in a habeas corpus proceeding. Mr. Lee further provides the following particulars:

    (i)      The order sought to be reviewed, and judgment thereon, were entered on March 20, 2020 (Dkts. 35 & 36);

    (ii)     The *Motion to Alter or Amend Pursuant to Federal Rule of Civil Procedure 59(e)*, which tolled the time within which to appeal, was filed on April 17, 2020 (Dkt. 37);

    (iii)    The order denying the *Motion to Alter or Amend Pursuant to Federal Rule of Civil Procedure 59(e)* was entered on June 26, 2020 (Dkt. 45);

    (iv)    The Notice of Appeal in this matter was filed on June 26, 2020;

(3)      This appeal is from a final judgment and from all orders subsumed therein, including the District Court's March 20, 2020 Entry on *Petition for Writ of Habeas Corpus* and *Motion*

*for Leave to Conduct Discovery*, and June 26, 2020 Entry on *Motion to Alter or Amend Pursuant to Federal Rule of Civil Procedure 59(e)*.

(4)    There is one prior related appellate proceeding. In *Daniel Lee v. T. J. WATSON, Warden, et al.,* No. 19-3399 (7th Cir. Dec. 6, 2019), the Circuit Court vacated the District Court's *sua sponte* order to stay Mr. Lee's execution.

(5)    There is no prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. § 1915(g).

(6)    Mr. Lee is currently confined at the United States Penitentiary, Terre Haute. The current warden at USP-Terre Haute is T. J. Watson.

(7)    This appeal does not require a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Bush v. Pitzer*, 133 F.3d 455, 456 (7th Cir. 1997) (certificate of appealability not required for federal prisoner appealing denial of writ of habeas corpus under 28 U.S.C. § 2241; "Under 28 U.S.C. § 2253(c)(1)(B), a federal prisoner needs a certificate of appealability only when appealing from the denial of relief under 28 U.S.C. § 2255.")

Respectfully submitted,

\s\ Morris H. Moon
Morris H. Moon
*Counsel of Record*
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

\s\ George G. Kouros
George G. Kouros
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Counsel for Daniel Lewis Lee

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

United States District Court for the Southern District of Indiana using the CM/ECF system on

June 26, 2020. I certify that all the participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system

<u>/s/Morris H. Moon</u>
MORRIS H. MOON
*Counsel of Record*
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org