# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

**DANIEL LEWIS LEE,**
            **Petitioner,**

**vs.**                                               **Case No. 2:19-cv-00468-JPH-DLP**

                                                      **CAPITAL CASE**
**WARDEN, USP-TERRE HAUTE**                           **EXECUTION SCHEDULED FOR**
**UNITED STATES OF AMERICA,**                         **JULY 13, 2020 at 8 am EST**
            **Respondents.**


## MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

Petitioner Daniel Lee respectfully moves this Court for leave to proceed on appeal *in forma pauperis*. In support of this motion, Petitioner states as follows:

1.      Petitioner is an indigent death-sentenced prisoner at USP-Terre Haute. His BOP Register Number is 21303-009. He is scheduled to be executed on July 13, 2020.

2.      Petitioner was previously granted leave to proceed *in forma pauperis* in this Court. *See* Dkt. 6.

3.      Petitioner has remained indigent since being incarcerated and remains unable to pay the costs and fees associated with the litigation of this Petition for Writ of Habeas Corpus.

4.      A proposed order is attached to this motion.


WHEREFORE, the Petitioner respectfully requests leave to proceed on appeal *in forma pauperis*.

Respectfully submitted,

\s\ Morris H. Moon
Morris H. Moon
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

\s\ George G. Kouros
George G. Kouros
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on June 26, 2020. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

<u>/s/Morris H. Moon</u>
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

Counsel for Daniel Lewis Lee