**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

**DANIEL LEWIS LEE,**
        **Petitioner,**

**vs.**                                          **Case No. 2:19-cv-00468-JPH-DLP**

**WARDEN, USP-TERRE HAUTE
UNITED STATES OF AMERICA,**
        **Respondents.**

**ORDER GRANTING MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

This cause has come before the Court upon the motion of Petitioner Daniel Lewis Lee for

leave to proceed on appeal *in forma pauperis*. Upon good cause shown, it is now ORDERED

that the motion is hereby GRANTED.


Date: _____          _____
                                James Patrick Hanlon
                                United States District Judge
                                Southern District of Indiana


Distribution:

Michael Scott Gordon
US Attorney's Office - Eastern District of Arkansas
michael.gordon@usdoj.gov

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
george_kouros@fd.org

Morris H. Moon
FEDERAL CAPITAL HABEAS PROJECT
Morris_Moon@fd.org

John M. Pellettieri
U.S. DEPARTMENT OF JUSTICE
john.pellettieri@usdoj.gov